NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

## IN RE KIMBERLY-CLARK WORLDWIDE, INC.,
*Petitioner.*

---

Miscellaneous Docket No. 958

---

On Petition for Writ of Mandamus to the United States District Court for the Middle District of Pennsylvania in case no. 09-CV-1685, Judge William W. Caldwell.

---

## ON PETITION FOR WRIT OF MANDAMUS

---

## O R D E R

Kimberly-Clark Worldwide, Inc. submits a petition for a writ of mandamus directing the United States District Court for the Middle District of Pennsylvania to vacate its May 21, 2010 and July 2, 2010 orders compelling production of certain documents.

Upon consideration thereof,

IT IS ORDERED THAT:

First Quality Baby Products, LLC et al. are directed to respond to the mandamus petition within 14 days of the date of filing of this order.

FOR THE COURT

SEP 0 2 2010

Date

/s/ Jan Horbaly

Jan Horbaly
Clerk

cc: Constantine L. Trela, Jr., Esq.
Kenneth P. George, Esq.
Judge, M.D. Pa.
Clerk, M.D. Pa.

s17

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

SEP 02 2010

JAN HORBALY
CLERK